# AFFIDAVIT

COMES NOW Paul C. Kurtz, first being duly sworn, and affirms that the statements made in this Affidavit are true to the best of his knowledge and belief.

Affiant states as follows:

1. I am the Executive Director of Federal Inmate Advocates, 27 Main Street, Wayne, PA 19087-5837.

2. On February 10, 2006, at approximately 5:00 p.m., we were asked to assist Mr. Algienon Tanner, Fed. Reg. No. 05818-040, who was at that time incarcerated at FCI Fairton, New Jersey.

3. We were advised that Mr. Tanner had received notification to pack his belongings and prepare for immediate transfer to USP Leavenworth and we were asked to intercede with the Bureau of Prisons to effect a reversal of the pending transfer.

4. I contacted the administration at FCI Fairton and they confirmed that Mr. Tanner was to be immediately transferred to USP Leavenworth in the North Central Region

5. On February 13, 2005, at 7:35 a.m., I contacted the BOP North East Regional Office in an attempt to halt the transfer pending a presentation of reasons why Mr. Tanner should remain at FCI Fairton.

6. I was advised that Mr. Tanner had departed FCI Fairton at approximately 6:50 a.m. and, when I spoke to Mr. Tom Washburn, NERO Chief of Correctional Programs, he refused to reverse the transfer, stating that this was a "routine transfer" and that Mr. Tanner could avail himself of the BOP

06 0529

FILED

MAR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 1

Inmate Administrative Remedy process if he disagreed with the transfer determination.

7. I then sent a letter, via facsimile dated February 13, 2006, to the NERO Regional Director requesting immediate reversal of Mr. Tanner's transfer.

8. On March 16, 2006 I received a letter from Warden Paul M. Schultz of FCI Fairton responding to my letter to the Regional Director. Warden Schultz's letter was dated March 7, 2006 but postmarked March 14, 2006.

March 17, 2006

_____
Paul C. Kurtz

COMMONWEALTH OF PENNSYLVANIA   :

COUNTY OF CHESTER              :

BEFORE ME, the undersigned Notary Public, on this day personally appeared Paul C. Kurtz known to me to be the person whose name is subscribed to the foregoing Affidavit, and having first duly sworn an oath, acknowledged that he has executed the same for the purposes and consideration therein expressed and that the foregoing statements are true and correct.

GIVEN under my hand and seal this 17 day of March, 2006.

My Commission Expires: 5/13/2007

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tyretta W. Moon-Malone, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires May 13, 2007

**FEDERAL INMATE ADVOCATES**
27 MAIN STREET
WAYNE, PENNSYLVANIA 19087-5837
(610) 296-4690 · (484) 568-1626 (FAX)
E-MAIL: inmateadvocates@yahoo.com
WEBSITE: www.inmateadvocates.com

VIA FACSIMILE
(215) 597-1893

February 13, 2006

Mr. D. Scott Dodrill
Regional Director, NERO
Federal Bureau of Prisons
2nd & Chestnut Streets, 7th Floor
Philadelphia PA 190106

    Re:    TANNER, Algienon
              Reg. No. 05818-040
              FCI Fairton - IN TRANSIT (as of 6:50 a.m. 2/13/2006)

Dear Mr. Dodrill:

    This office represents the above referenced inmate in post-conviction matters related to the Federal Bureau of Prisons. The purpose of this letter is to enlist your aid in reversing a transfer decision that we believe is contrary to the interests of the Bureau and our client.

    Accordingly, please review the following series of events:

1. On Thursday, February 9, 2006, about mid-day, Mr. Tanner was instructed by Unit Staff at FCI Fairton to pack his belongings in anticipation of immediate transfer to another institution. Although he objected to any transfer for reasons that will be set forth herein, Mr. Tanner was unable to avail himself of the administrative remedy process because of the short time between notification and transfer.

2. Mr. Tanner strongly expressed his wish NOT to be transferred in multiple conversations with Assistant Warden Chuck Maiorana. However, AW Maiorana refused to take any action to reverse the transfer, indicated that Mr. Tanner had been designated to your facility in Leavenworth, Kansas, and would be transferred on schedule.

3. On Friday, February 10, 2006, we were asked to become involved. I spoke with the Warden's office at FCI Fairton, and they confirmed that Mr. Tanner was scheduled for immediate transfer to the North Central Region.

06 0529

FILED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLI
U.S. DISTRICT COURT

Exhibit 2

Mr. D. Scott Dodrill
February 13, 2006
Page 2

    4.    This morning, in an effort to delay the transfer until a case could be made for Mr. Tanner remaining at FCI Fairton, I called your office at 7:35 a.m., was advised that were out of the office this week, and was connected to Mr. George Henderson, who was acting in your absence. Mr. Henderson was most cordial and advised me that he would look into the matter and have someone from your office call me back.

    5.    When I had not received a return call by 9:25 a.m., I telephoned Mr. Henderson again and he assured me I would be contacted shortly. Within ten minutes, I was called by Mr. Tom Washburn, who apparently is now the Chief of Correctional Programs for NERO. Mr. Washburn clearly understood that we were requesting a reversal of the transfer but specifically rejected the request. Mr. Washburn also stated that this was a "routine transfer" and that Mr. Tanner could request transfer back to FCI Fairton by availing himself of the Inmate Administrative Remedy process.

At this juncture, kindly permit an explanation of the reasons we believe a reversal of the transfer decision should be implemented.

    1.    Mr. Tanner has been incarcerated for 245 months (±) and is scheduled for release on September 29, 2008. He has been at FCI Fairton for approximately three (3) years and, during that time, has risen to a UNICOR Pay Grade I.   *Six (6)*

[handwritten margin note: *error: arrived Fairton January 2000*]

    2.    In an effort to rehabilitate himself and provide for his eventual release, Mr. Tanner has formulated his own pre-release plan. He has enrolled in the Aquaculture Program offered at Fairton, as well as the 24-month Cable Technician Program. Mr. Tanner was on the waiting list for the Cable program for almost a year prior to being accepted. He has also tried to provide a sound financial base for his re-entry to the community by sending money home on a monthly basis.

    3.    It is Mr. Tanner's wish to complete the programs(s) so vital to his societal success. This will require his return to FCI Fairton at the earliest possible time.

    4.    Mr. Tanner's "routine transfer" was NOT affected by a disciplinary consideration.

Mr. D. Scott Dodrill
February 13, 2006
Page 3

5.  If Mr. Tanner is permitted to return to FCI Fairton and complete the Cable Technician Program, such completion would coincide with his anticipated five to six month CCC (halfway house) placement. He could then return to his place of residence, Romulus, Michigan, with significant, employable, skills.

6.  Central to the operation of the Bureau of Prisons is its *Mission Statement*, which provides, in pertinent part, for the provision of "work and other self-improvement opportunities to assist offenders in becoming law-abiding citizens."

We respectfully submit that Mr. Tanner's recent transfer operates in contravention of the Bureau's stated mission and punishes, rather than rewards, an inmate who has played by the rules, only to run afoul of an arbitrary and capricious bureaucratic determination.

Please exercise your authority, effect the immediate reversal of Mr. Tanner's transfer, and have him returned to FCI Fairton immediately. Thank you for your prompt attention to our request.

Sincerely,

Paul C. Kurtz
Executive Director

cc:   John M. Vanyur, Assistant Director
      Correctional Programs
      Central Office



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Federal Correctional Institution**

P.O. Box 280
Fairton, New Jersey 08320

March 7, 2006

Paul C. Kurtz, Executive Director
Federal Inmate Advocates
27 Main Street
Wayne, Pennsylvania 19087-5837

Re: TANNER Algienon
    Register Number: 05818-040

Dear Mr. Kurtz:

This is in response to your letter dated February 7, 2006, directed to D. Scott Dodrill, Northeast Regional Director, and forwarded to me for a response. Your letter was in regard to Algenion Tanner, Register Number 05818-040, an inmate who was recently transferred from this facility to the United States Penitentiary (USP), Leavenworth, Kansas. Specifically, you request that inmate Tanner's transfer be reversed and that he be returned to FCI Fairton so that he can continue his employment in UNICOR and continue his educational/vocational endeavors.

A review of the situation reveals that inmate Tanner was sentenced on May 18, 1990, to a 230 month term in the Southern District of Indiana, for Possession With Intent to Distribute Cocaine. Inmate Tanner was received at FCI Fairton, New Jersey, on January 4, 2001. In September 2005, FCI Fairton was asked to provide a listing of candidates for transfer to a newly renovated portion of USP Leavenworth, Kansas. Eligible candidates were medium security inmates, with release dates in excess of a year and preferential consideration was given to those inmates with release residences closer to USP Leavenworth. Inmate Tanner, in addition to 89 other inmates, was submitted and approved for a transfer to USP Leavenworth and he was received at that facility on February 15, 2006.

The goal of the transfers was to re-populate the USP and decrease the population at FCI Fairton. The transfer of inmate Tanner was not punitive or disciplinary in nature and was just one of many transfers approved in an effort to effectively manage the population at these facilities. Rest assured that work opportunities, as well as education and vocational training programs, to assist inmate Tanner with his re-entry initiatives are available at USP Leavenworth. Accordingly, the request to reverse inmate Tanner's transfer has been denied.

FILED    06 0529

MAR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 3

TANNER, Algienon
Register Number: 05818-040
Page 2 of 2

I trust this correspondence addresses your concerns. Should you have any additional questions or concerns, please feel free to contact Thomas Jones, Executive Assistant, at (856) 453-1177.

Sincerely,

Paul M. Schultz
Warden

cc: D. Scott Dodrill, Director
    Northeast Regional Office

    John M. Vanyur, Assistant Director
    Correctional Programs Division

U.S. Department of Justice
Federal Bureau of Prisons

*Federal Correctional Institution*

P.O. Box 280
Fairton, NJ 08320

Official Business
Penalty for Private Use $300

**WARDEN'S OFFICE**

Paul C. Kurtz, Executive Director
Federal Inmate Advocates
27 Main Street
Wayne, PA 19087-5837

PS 5100.07
9/3/99
Chapter 10, Page 4

Treatment Completed Referral Request (EMS 413) to the OMDT, providing detailed information regarding any follow-up medical care of special consideration. Medical transfers are returned to their parent facility unless other provisions have been made by the Regional Designator in the parent region.

   d. **Routine Transfers.** Routine transfers are submitted to the Regional Designator via Request for Transfer/Application of Management Variable (EMS 409). Redesignation of an inmate should generally result in a move closer to an inmate's release destination, consistent with the inmate's security level. **In order to attempt to place an inmate near his or her release residence, redesignations should be made without regard to regional boundaries. ORDINARILY, THE INMATE MAY BE CONSIDERED FOR A NEARER RELEASE TRANSFER AFTER SERVING 18 MONTHS WITHIN THE FACILITY WITH CLEAR CONDUCT.**

   Redesignations between same security level institutions are discouraged, except for CIM purposes, closer to home purposes, or other unusual circumstances. A "nearer to release" transfer should be incorporated with "lesser security" transfers whenever possible. Once the inmate has been transferred within 500 miles of his or her release residence, no further referrals should be made as a "nearer to release" transfer consideration.

   Ordinarily, inmates with an Order for Deportation, an Order of Removal, or an INS Detainer will not be transferred for nearer release purposes. This includes inmates with detainers for INS hearings as well. This limitation is intended to ensure that nearer release transfers are ordinarily granted only to those inmates who will be returning to the community within, rather than outside, the United States upon release. The following items on Request for Transfer/Application of Management Variable (EMS 409) shall be completed as described below:

      (1) Include current, complete, and accurate available information concerning any medical problem that might affect designation;

      (2) Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment;

      (3) Include all actions reflected on the current Custody Classification Form (BP-338). Significant histories should be summarized;

FILED   06 0529

MAR 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Exhibit 4*

*Listing of all types of BOP transfers.*

PS 5100.07
CN-1 2/17/2000
Chapter 10, Page 24

| TRANSFER CODES | |
|---|---|
| CODE | DESCRIPTION |
| 276 | **FURLOUGH TRANSFER:** Unescorted furlough transfer to a CCC. |
| 307 | **INSTITUTION CLASSIFICATION:** Transfer to an institution with greater security (e.g., Low to Medium). |
| 308 | **INSTITUTION CLASSIFICATION:** Transfer to an institution with less security (e.g., High to Medium). |
| 309 | **DISCIPLINARY:** Transfer as a result of an act(s) of misconduct related to documented poor institutional adjustment. See Program Statement on Discipline and Special Housing Unit. |
| 313 | **NEARER RELEASE:** Transfer for the purpose of placing an inmate in an institution nearer the release destination or to facilitate the release process. |
| 314 | **TRAINING PURPOSE: Discontinued (see code 324).** |
| 315 | **TRAINING COMPLETED: Discontinued (see code 325).** |
| 316 | **TEMPORARY TRANSFER:** Transfer to the custody of U.S. Marshals or local authority. |
| 317 | **RELIEVE OVERCROWDING:** Transfer to relieve overcrowding at a facility. |
| 318 | **INCREASE POPULATION:** Transfer to build a population, usually upon activation of a new facility. |
| 319 * | **DRUG ABUSE PROGRAM:** Transfer to participate in a specialized Drug Abuse Program. |
| 320 * | **WORK/STUDY RELEASE:** Discontinued. |
| 321 | **TRANSFER TO CONTROL UNIT:** Transfer to Control Unit (see Chapter 9, section 3). |
| 322 | **TRANSFER FROM CONTROL UNIT:** Transfer from Control Unit (See Chapter 9, section 3). |
| 323 | **CLOSE SUPERVISION CASE:** Transfer as a result of an investigation that indicates a safety, security, or escape risk. Includes verified and unverified protection cases. |
| 324 | **PROGRAM PARTICIPATION:** Transfer for a parole hearing or to participate in a specialized program. |
| 325 | **PROGRAM COMPLETED/WITHDRAWAL/REMOVAL:** Return to the original institution following completion/withdrawal/removal from a specialized program. |

06 0529

**FILED**

MAR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Exhibit 5*

| | TRANSFER CODES |
|---|---|
| CODE | DESCRIPTION |
| 326 | **CONCURRENT SERVICE IN NON-FEDERAL FACILITY:** Transfer to non-federal facility (excluding CCC) for service of concurrent federal and state sentences. |
| 327 | **BOARDING IN NON-FEDERAL FACILITY:** Transfer to non-federal facility (excluding CCC) for service of federal sentences only. |
| 328 | **RETURN FROM NON-FEDERAL FACILITY:** Return from non-federal facility to federal institution for service of federal sentence only. |
| 330 | **ADJUSTMENT PURPOSES:** Transfer for the purpose of placing the inmate in a new setting due to poor institutional adjustment or CIM concerns. This code differs from a 323 Close Supervision Transfer in that an SIS investigation is not normally conducted. |
| 331 | **TRANSFER FOR MEDICAL TREATMENT:** Transfer for the purpose of obtaining medical/physical treatment, either to a medical facility or to the local hospital. |
| 332 | **MEDICAL TREATMENT COMPLETED:** Return from medical facility or local hospital to parent institution. |
| 333 | **TRANSFER FOR PSYCHOLOGICAL/PSYCHIATRIC EVALUATION:** This pertains to transfers between BOP medical facilities for evaluation purposes only. (For example, a chronic care inmate in a medical center GP may require transfer to another BOP medical facility for evaluation purposes regarding a medical emergency) (SPG to BUT). |
| 334 | **PSYCHOLOGICAL/PSYCHIATRIC EVALUATION COMPLETED:** This code is to be used when inmates are ready for discharge from inpatient psychiatric evaluation. (For example, when a medical condition is controlled and the inmate is returned to a general population unit/institution). |
| 335 | **TRANSFER FOR HOSPITALIZATION AND TREATMENT:** This pertains to transfers between BOP medical facilities for treatment. (For example, a chronic care inmate in a medical center GP may require transfer to another BOP medical facility if the inmate experiences a medical emergency.) (SPG to BUT). |
| 336 | **HOSPITALIZATION AND TREATMENT COMPLETED: Discontinued (see code 332).** |
| 337 | **OTHER:** This category may be used only when no other transfer code above applies. |
| 369 * | **FACILITY REORGANIZATION:** Transfer based on a mission change of the institution. |

1. **As a result of the transfer, Tanner is now incarcerated in a HIGH security facility, as opposed to the MEDIUM security facility at Fairton, NJ.**

The Federal Correctional Institution (FCI) in Fairton is a medium security facility for male offenders. It also has an adjacent satellite prison camp housing minimum security male offenders.

FCI Fairton is located in rural south central New Jersey, 50 miles southeast of Philadelphia and 40 miles west of Atlantic City.

Judicial District: New Jersey

---

The United States Penitentiary (USP) in Leavenworth, Kansas, is a high security facility housing male inmates. An adjacent satellite prison camp houses minimum security male offenders.

USP Leavenworth is located 25 miles north of Kansas City, Kansas, on State Highway 73.

Judicial District: Kansas

Source: Bureau of Prisons Website (BOP Facilities) 3/14/2006

=================================================================

2. **As a result of the transfer, Tanner is now 180 miles± and 2 hours 12 minutes MORE DISTANT from his point of release residence and his family's home.**

*MAPQUEST* Calculation

Romulus, MI to Fairton, NJ:

Total Est. Time: 10 hours, 9 minutes

Total Est. Distance: 601.60

Romulus, MI to Leavenworth, KS:

Est. Time: 12 hours, 21 minutes

Total Est. Distance: 784.03 miles

06 0529

FILED

MAR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 6

| Facility | State | Count |
|---|---|---|
| DANBURY-CAMP | CT | 217 |
| DEVENS FMC | MA | 1,137 |
| DEVENS-CAMP | MA | 130 |
| DUBLIN FCI | CA | 1,168 |
| DUBLIN-CAMP | CA | 303 |
| DULUTH FPC | MN | 911 |
| EDGEFIELD FCI | SC | 1,634 |
| EDGEFIELD-CAMP | SC | 536 |
| EGLIN FPC | FL | 154 |
| EL RENO FCI | OK | 1,204 |
| EL RENO-CAMP | OK | 218 |
| ELKTON FCI | OH | 1,870 |
| ELKTON-FSL | OH | 587 |
| ENGLEWOOD FCI | CO | 922 |
| ENGLEWOOD-CAMP | CO | 159 |
| ESTILL FCI | SC | 1,054 |
| ESTILL-CAMP | SC | 288 |
| FAIRTON FCI | NJ | 1,417 |
| FAIRTON-CAMP | NJ | 118 |
| FLORENCE ADMAX USP | CO | 382 |
| FLORENCE FCI | CO | 1,300 |
| FLORENCE FCI-CAMP | CO | 533 |
| FLORENCE HIGH USP | CO | 1,067 |
| FORREST CITY FCI | AR | 1,925 |
| FORREST CITY FCI-CAMP | AR | 280 |
| FORREST CITY MED FCI | AR | 1,362 |
| FORT DIX FCI | NJ | 4,148 |
| FORT DIX-CAMP | NJ | 425 |
| FORT WORTH FMC | TX | 1,733 |
| GILMER FCI | WV | 1,534 |
| GILMER-CAMP | WV | 139 |
| GREENVILLE FCI | IL | 1,238 |
| GREENVILLE-CAMP | IL | 337 |
| GUAYNABO MDC | RQ | 1,105 |
| HAZELTON USP | WV | 666 |
| HAZELTON-CAMP | WV | 135 |
| HERLONG FCI | CA | 114 |
| HONOLULU FDC | HI | 691 |
| HOUSTON FDC | TX | 1,031 |
| JESUP FCI | GA | 1,047 |
| JESUP-CAMP | GA | 148 |
| JESUP-FSL | GA | 534 |
| LA TUNA FCI | TX | 1,271 |
| LA TUNA-CAMP | TX | 256 |
| LA TUNA-FSL (EL PASO) | TX | 436 |
| LEAVENWORTH USP | KS | 915 |
| LEAVENWORTH-CAMP | KS | 472 |

06 0529

FILED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT 7

POP REPORT – 12:00 AM THURSDAY, SEPTEMBER 15, 2005

### BOP Facilities

| Facility | State | Count |
|---|---|---|
| ALDERSON FPC | WV | 1,070 |
| ALLENWOOD LOW FCI | PA | 1,418 |
| ALLENWOOD MED FCI | PA | 1,424 |
| ALLENWOOD USP | PA | 1,169 |
| ASHLAND FCI | KY | 1,218 |
| ASHLAND-CAMP | KY | 298 |
| ATLANTA USP | GA | 1,950 |
| ATLANTA-CAMP | GA | 551 |
| ATWATER USP | CA | 1,172 |
| ATWATER-CAMP | CA | 131 |
| BASTROP FCI | TX | 1,320 |
| BASTROP-CAMP | TX | 173 |
| BEAUMONT LOW FCI | TX | 1,927 |
| BEAUMONT LOW FCI-CAMP | TX | 569 |
| BEAUMONT MED FCI | TX | 1,780 |
| BEAUMONT USP | TX | 1,387 |
| BECKLEY FCI | WV | 1,696 |
| BECKLEY-CAMP | WV | 443 |
| BENNETTSVILLE FCI | SC | 587 |
| BENNETTSVILLE-CAMP | SC | 125 |
| BIG SANDY USP | KY | 1,541 |
| BIG SANDY-CAMP | KY | 134 |
| BIG SPRING FCI | TX | 1,617 |
| BIG SPRING-CAMP | TX | 170 |
| BROOKLYN MDC | NY | 2,866 |
| BRYAN FPC | TX | 945 |
| BUTNER FMC | NC | 882 |
| BUTNER LOW FCI | NC | 1,316 |
| BUTNER MED FCI | NC | 852 |
| BUTNER-CAMP | NC | 324 |
| CANAAN USP | PA | 646 |
| CANAAN-CAMP | PA | 131 |
| CARSWELL FMC | TX | 1,189 |
| CARSWELL-CAMP | TX | 236 |
| CHICAGO MCC | IL | 657 |
| COLEMAN LOW FCI | FL | 2,038 |
| COLEMAN MED FCI | FL | 1,756 |
| COLEMAN MED FCI-CAMP | FL | 451 |
| COLEMAN USP | FL | 1,619 |
| CUMBERLAND FCI | MD | 1,103 |
| CUMBERLAND-CAMP | MD | 295 |
| DANBURY FCI | CT | 1,165 |

### BOP POPULATION REPORT - MARCH 16, 2006

| Facility | State | Count |
|---|---|---|
| ALDERSON FPC | WV | 1,156 |
| ALLENWOOD LOW FCI | PA | 1,404 |
| ALLENWOOD MED FCI | PA | 1,423 |
| ALLENWOOD USP | PA | 1,140 |
| ASHLAND FCI | KY | 1,261 |
| ASHLAND-CAMP | KY | 330 |
| ATLANTA USP | GA | 1,673 |
| ATLANTA-CAMP | GA | 550 |
| ATWATER USP | CA | 1,175 |
| ATWATER-CAMP | CA | 128 |
| BASTROP FCI | TX | 1,287 |
| BASTROP-CAMP | TX | 175 |
| BEAUMONT LOW FCI | TX | 1,823 |
| BEAUMONT LOW FCI-CAMP | TX | 575 |
| BEAUMONT MED FCI | TX | 1,324 |
| BEAUMONT USP | TX | 1,324 |
| BECKLEY FCI | WV | 1,757 |
| BECKLEY-CAMP | WV | 446 |
| BENNETTSVILLE FCI | SC | 1,530 |
| BENNETTSVILE-CAMP | SC | 135 |
| BIG SANDY USP | KY | 1,553 |
| BIG SANDY-CAMP | KY | 141 |
| BIG SPRING FCI | TX | 1,596 |
| BIG SPRING-CAMP | TX | 185 |
| BROOKLYN MDC | NY | 2,918 |
| BRYAN FPC | TX | 955 |
| BUTNER FMC | NC | 927 |
| BUTNER LOW FCI | NC | 1,375 |
| BUTNER MED FCI | NC | 866 |
| BUTNER-CAMP | NC | 343 |
| CANAAN USP | PA | 1,074 |
| CANAAN-CAMP | PA | 153 |
| CARSWELL FMC | TX | 1,162 |
| CARSWELL-CAMP | TX | 234 |
| CHICAGO MCC | IL | 722 |
| COLEMAN I USP | FL | 1,645 |
| COLEMAN II USP | FL | 546 |
| COLEMAN LOW FCI | FL | 1,978 |
| COLEMAN MED FCI | FL | 1,586 |
| COLEMAN MED FCI-CAMP | FL | 438 |

| Facility | State | Count |
|---|---|---|
| CUMBERLAND FCI | MD | 1,137 |
| CUMBERLAND-CAMP | MD | 318 |
| DANBURY FCI | CT | 1,236 |
| DANBURY-CAMP | CT | 212 |
| DEVENS FMC | MA | 1,175 |
| DEVENS-CAMP | MA | 133 |
| DUBLIN FCI | CA | 1,253 |
| DUBLIN-CAMP | CA | 323 |
| DULUTH FPC | MN | 902 |
| EDGEFIELD FCI | SC | 1,525 |
| EDGEFIELD-CAMP | SC | 523 |
| EL RENO FCI | OK | 1,151 |
| EL RENO-CAMP | OK | 246 |
| ELKTON FCI | OH | 1,879 |
| ELKTON-FSL | OH | 637 |
| ENGLEWOOD FCI | CO | 883 |
| ENGLEWOOD-CAMP | CO | 153 |
| ESTILL FCI | SC | 1,017 |
| ESTILL-CAMP | SC | 315 |
| FAIRTON FCI | NJ | 1,417 |
| FAIRTON-CAMP | NJ | 125 |
| FLORENCE ADMAX USP | CO | 398 |
| FLORENCE USP-CAMP | CO | 527 |
| FLORENCE FCI | CO | 1,188 |
| FLORENCE HIGH USP | CO | 1,023 |
| FORREST CITY FCI | AR | 1,934 |
| FORREST CITY FCI-CAMP | AR | 280 |
| FORREST CITY MED FCI | AR | 1,619 |
| FORT DIX FCI | NJ | 4,206 |
| FORT DIX-CAMP | NJ | 427 |
| FORT WORTH FMC | TX | 1,679 |
| GILMER FCI | WV | 1,664 |
| GILMER-CAMP | WV | 142 |
| GREENVILLE FCI | IL | 1,035 |
| GREENVILLE-CAMP | IL | 323 |
| GUAYNABO MDC | RQ | 1,242 |
| HAZELTON USP | WV | 1,327 |
| HAZELTON-CAMP | WV | 158 |
| HERLONG FCI | CA | 40 |
| HERLONG-CAMP | CA | 118 |
| HONOLULU FDC | HI | 740 |
| HOUSTON FDC | TX | 950 |
| JESUP FCI | GA | 980 |

| | | |
|---|---|---:|
| JESUP-CAMP | GA | 140 |
| JESUP-FSL | GA | 591 |
| LA TUNA FCI | TX | 1,168 |
| LA TUNA-CAMP | TX | 259 |
| LA TUNA-FSL (EL PASO) | TX | 362 |
| LEAVENWORTH USP | KS | 1,749 |
| LEAVENWORTH-CAMP | KS | 506 |