IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALGIENON TANNER
Fed. Reg No. 05818-040
USP Leavenworth
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048-1000,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
320 First Street, N.W.,
Washington D.C. 20534,

and

HARLEY G. LAPPIN,
Director, Federal Bureau of Prisons,
320 First Street, N.W.,
Washington D.C. 20534,
sued in his official capacity,

Defendants.

CASE NUMBER 1:06CV00529

JUDGE: Ricardo M. Urbina

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 03/21/2006

## MOTION FOR PRELIMINARY INJUNCTION

COMES NOW plaintiff Algienon Tanner, by and through counsel, and respectfully moves this Court to issue a preliminary injunction pursuant to Rule 65(b) of the Federal Rules of Civil Procedure against defendant Bureau of Prisons, defendant Lappin, and the BOP employees. As grounds therefore, plaintiff incorporates by reference his Memorandum in Support of a Temporary Restraining Order and the Declaration of Paul Kurtz of March 17, 2006.

WHEREFORE, plaintiff requests that a preliminary injunction be entered requiring the Bureau of Prisons to withdraw its order transferring plaintiff to USP Leavenworth, and requiring that plaintiff be transferred to FCI Fairton. Plaintiff requests that bond be waived or set in a <u>de minimus</u> amount.

                                           Respectfully submitted,

                                           _____
                                         Brian W. Shaughnessy, DC 89946
                                         913 M Street, N.W.
                                         Suite 101
                                         Washington, D.C. 20001
                                         (202) 842-1700

                                         Attorney for Plaintiff
                                         Algienon Tanner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALGIENON TANNER
Fed. Reg No. 05818-040
USP Leavenworth
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048-1000,

   Plaintiff,

   v.

FEDERAL BUREAU OF PRISONS,
320 First Street, N.W.,
Washington D.C. 20534,

and

HARLEY G. LAPPIN,
Director, Federal Bureau of Prisons,
320 First Street, N.W.,
Washington D.C. 20534,
sued in his official capacity,

   Defendants.

Case No. _____  06 0529

## MEMORANDUM IN SUPPORT OF PRELIMINARY INJUNCTION

Algienon Tanner, by and through counsel, in support of his Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65, requiring the defendants to reverse plaintiff's transfer to USP Leavenworth, relies on his Memorandum in Support of Motion for a Temporary Restraining Order and the Declaration of Paul Kurtz filed herewith and incorporated by reference herein.

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC 20001
(202) 842-1700

Attorney for Plaintiff
Algienon Tanner