```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

ALGIENON TANNER,               )
                               )
           Plaintiff,          )
                               )
     v.                        )  Civil Action No. 06-00529 RMU
                               )
FEDERAL BUREAU OF PRISONS,     )
et al.,                        )
                               )
           Defendants.         )
                               )
_____)
```

### CONSENT MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS FOR IMMEDIATE RELIEF

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the defendants, the Federal Bureau of Prisons and the Director of the Federal Bureau of Prisons, being sued in his official capacity, move for a one-day extension of time, to March 29, 2006, to file defendant's response to plaintiff's motions for a temporary restraining order and a preliminary injunction.  Plaintiff's counsel has consented to this motion, which will extend his time to file his reply to defendant's response to April 3, 2006.  The Court's chambers was contacted to insure that this extension of time was acceptable to the Court.

Last week, undersigned counsel (Fred E. Haynes) was handling emergency matters for this office.  In addition to this TRO/preliminary injunction case, he had two emergency subpoena matters to address, one a subpoena to the Attorney General and the other a subpoena for documents in an ongoing murder trial in

Superior Court. The latter matter consumed most of undersigned counsel's time on Thursday and Friday. Additionally, these emergency matters required undersigned counsel to extend until tomorrow several matters in connection with a Freedom of Information Act case with nineteen defendants. Undersigned counsel, in connection with that case, must file an answer to the complaint, an opposition to a motion for partial summary judgment, and a motion for a stay of proceedings as to certain defendants under the Open America doctrine. The additional time is, therefore, needed.

    Attached is a draft order reflecting the requested extension of time.

                                    Respectfully submitted,

                                    KENNETH L. WAINSTEIN, DC Bar # 451058
United States Attorney

RUDOLPH CONTRERAS, DC Bar # 434122
Assistant United States Attorney

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

ALGIENON TANNER,                )
                                )
          Plaintiff,            )
                                )
     v.                         )  Civil Action No. 06-00529 RMU
                                )
FEDERAL BUREAU OF PRISONS,      )
et al.,                         )
                                )
          Defendants.           )
                                )
_____)

ORDER

UPON CONSIDERATION of the consent motion by defendants for an extension of time of one business day to respond to the motions for a temporary restraining order and for a preliminary injunction, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendant shall have to, and including, March 29, 2006, to respond to the motions for a temporary restraining order and for a preliminary injunction; and it is further

ORDERED that plaintiff shall have to, and including, April 3, 2006, to file his reply memorandum in support of those motions.

                              UNITED STATES DISTRICT JUDGE

Copies to counsel of record