```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

ALGIENON TANNER,                )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 06-00529 RMU
                                )
FEDERAL BUREAU OF PRISONS,      )
et al.,                         )
                                )
          Defendants.           )
                                )
_____ )
```

MOTION TO DISMISS AND SUPPORTING
<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Defendants move to dismiss this action against the Federal Bureau of Prisons and its Director, who is being sued in his official capacity. This motion seeks dismissal under Fed. R. Civ. P. 12(b)(1), in that there is no waiver of sovereign immunity that would permit this case to proceed in the District of Columbia. The Court is respectfully referred to the defendants' memorandum opposing plaintiff's motions for a temporary restraining order and a preliminary injunction, for a more developed explanation of the reason why this Court does not have subject matter jurisdiction over this case.

Attached is a draft order reflecting the requested relief.

                         Respectfully submitted,

                         KENNETH L. WAINSTEIN, DC Bar # 451058
                         United States Attorney

                         RUDOLPH CONTRERAS, DC Bar # 434122
                         Assistant United States Attorney

```
                /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ALGIENON TANNER,                )
                                )
            Plaintiff,          )
                                )
      v.                        )  Civil Action No. 06-00529 RMU
                                )
FEDERAL BUREAU OF PRISONS,      )
et al.,                         )
                                )
            Defendants.         )
                                )
_____)
```

## ORDER

UPON CONSIDERATION of the motion to dismiss filed by defendants, and the entire record in this case, it is this ____ day of _____, 2006,

ORDERED that this case is dismissed without prejudice. This is a final, appealable order.

                                    UNITED STATES DISTRICT JUDGE

Copies to counsel of record