UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALGIENON TANNER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  06-0529  (RMU) |
| | : | |
| v. | : | |
| | : | Document Nos.:   2, 3 |
| FEDERAL BUREAU OF PRISONS *et al*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### DENYING THE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 17th day of May, 2006, it is hereby

**ORDERED** that the plaintiff's motion for a preliminary injunction is **DENIED.**

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge