UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALGIENON TANNER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:     06-0529  (RMU) |
| | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### *Sua Sponte* Dismissing the Case Without Prejudice

For the reasons stated in this court's memorandum opinion separately and contemporaneously issued this 1st day of March 2007, it is hereby

**ORDERED** that the case is **DISMISSED without prejudice**.  It is

**FURTHER ORDERED** that all remaining motions are **DENIED as moot**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge